UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23298-CIV-O'SULLIVAN
[CONSENT]

ANDRO MONTERREY,
    Plaintiff,

vs.

GROUPWARE INTERNATIONAL,
INC., et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Defendant Mike Dierking's Motion for Summary Judgment on the Grounds That He Has Not Been Served (DE# 48, 6/16/11), the Plaintiffs' Motion for Enlargement Nunc Pro Tunc to Serve Defendant Mike Dierking and to Permit Depositions of Francisco Odzimowski and Jeremy Johnson (DE# 51 6/21/2011) and Plaintiffs' Alternative Motion to Serve Defendant Mike Dierking Based on Opt-notice Filing Date, and to Require Defendants to File a Notice Regarding Their Affirmative Defenses as to the Newly Added Plaintiffs (DE# 53 6/28/2011). Having reviewed the applicable filings and the law and for the reasons stated at the July 21, 2011 hearing, it is

ORDERED AND ADJUDGED that the Defendant Mike Dierking's Motion for Summary Judgment on the Grounds That He Has Not Been Served (DE# 48, 6/16/11) is **STRICKEN**. The issues raised in the instant motion are more appropriately raised in a Fed. R. Civ. P. 12(b)(5) motion to dismiss for improper service.  It is further

ORDERED AND ADJUDGED the Plaintiffs' Motion for Enlargement Nunc Pro Tunc to Serve Defendant Mike Dierking and to Permit Depositions of Francisco

Odzimowski and Jeremy Johnson (DE# 51 6/21/2011) is **GRANTED in part and DENIED in part**. The plaintiffs have until **Monday, August 22, 2011** to serve Mr. Dierking. The plaintiffs shall file a notice of service with the Court. **If the plaintiffs fail to serve Mr. Dierking by August 22, 2011, the Court will dismiss Mr. Dierking from this lawsuit without prejudice.** The plaintiffs' request to depose Francisco Odzimowski and Jeremy Johnson is **DENIED**. It is further

ORDERED AND ADJUDGED that the Plaintiffs' Alternative Motion to Serve Defendant Mike Dierking Based on Opt-notice Filing Date, and to Require Defendants to File a Notice Regarding Their Affirmative Defenses as to the Newly Added Plaintiffs (DE# 53 6/28/2011) is **DENIED**. It is further

ORDERED AND ADJUDGED that the affirmative defenses previously asserted by the defendants in their answer to the original complaint shall apply to the opt-in plaintiffs. It is further

ORDERED AND ADJUDGED that the deadline to add additional opt-in plaintiffs has passed. On or before **Thursday, August 11, 2011**, the plaintiffs shall file statements of claim for each of the opt-in plaintiffs. The defendants shall file responses to these statements of claim on or before **Thursday, August 25, 2011**.

**DONE AND ORDERED** in Chambers at Miami, Florida this **21st** day of July, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record