UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23298-CIV-O'SULLIVAN
[CONSENT]

ANDRO MONTERREY, et al.,
    Plaintiffs,

vs.

GROUPWARE INTERNATIONAL,
INC., et al.,
    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Mediation Report (DE# 83, 5/25/12) filed by mediator Neil Flaxman, Esq.  Having been advised that the matter has settled, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, June 6, 2012**, at **10:15 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall <u>promptly</u> notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **25th** day of May, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record